No. 38.  H. HACKFELD AND COMPANY, LIMITED, A CORPORATION, v. FRANK A. MEDCALF, ADMINISTRATOR OF THE ESTATE OF JOHN KAI AKINA, DECEASED; MELE KAHANA, AND S. K. KAHANA, HER HUSBAND, D. D. ROTONO KAI AND MANOA KAI, HIS WIFE, KAHILO MEDCALF AND FRANK A. MEDCALF, HER HUSBAND, JOHN KAI JR., AND ANNIE AKAMU KAI, HIS WIFE; KAWAAUHAU AKINA, WIDOW OF J. K. AKINA JR., DECEASED; MARIA KAI, AND JOHN KAIU, WILLIAM KAI AND DAVID KALUNA KAI, MINOR CHILDREN OF J. K. AKINA JR., DECEASED; AND HATTIE KAWAAUHAU AKINA, GUARDIAN OF SAID MINORS, AND FIRST BANK OF HILO, LIMITED, A CORPORATION.  Appeal from Circuit Judge, First Circuit. Petition for Rehearing filed February 25, 1910.  Decided March 1, 1910.  Hartwell, C. J., Perry and De Bolt, JJ.  Per curiam: The petition discloses nothing which has been overlooked or misunderstood or which has not been carefully considered by the court.  It is possible that in arguing that it was immaterial whether the license was taken out for Hilo or for Waiohinu, counsel inadvertently led the court to infer that it was taken out for Hilo, although he argued that the performance alleged was sufficient to require the inference that the license was taken out for Waiohinu; but we were of the opinion that in this respect the bill on demurrer was bad for uncertainty.  Petition denied without argument.

*Thompson, Clemons & Wilder* for plaintiffs.

*C. F. Peterson and W. C. Achi* for defendants.